**United States Court of Appeals**
**FOR THE EIGHTH CIRCUIT**

_____

No. 97-3784

_____

Michael C. Liddell, a minor, by
Minnie Liddell, his mother and next
friend; Kendra Liddell, a minor,
by Minnie Liddell, her mother and next
friend; Minnie Liddell; Roderick D.
LeGrand, a minor, by Lois LeGrand,
his mother and next friend; Lois
LeGrand; Clodis Yarber, a minor, by
Samuel Yarber, his father and next
friend; Samuel Yarber; Earline Caldwell;
Lillie Caldwell; Gwendolyn Daniels;
National Association for the
Advancement of Colored People;
United States of America,

Plaintiffs-Appellees,

City of St. Louis,

Plaintiff,

v.

The Board of Education of the City of
St. Louis; Hattie R. Jackson, President,
The Board of Education of the City of
St. Louis; Rev. Earl E. Nance, Jr., a
member of the Board of Education of
the City of St. Louis; Renni B. Shuter,
a member of the Board of Education
of the City of St. Louis; Paula V.

* Appeal from the United States
* District Court for the
* Eastern District of
* Missouri.
*
*
* [UNPUBLISHED]
*
*
*
*
*
*
*
*
*
*
*
*
*
*
*
*
*

Smith, a member of the Board of Educa-
tion of the City of St. Louis; Dr. Albert
D. Bender, Sr., a member of the Board
of Education of the City of St. Louis;
Eddie G. Davis, a member of the Board
of Education of the City of St. Louis;
Dr. John P. Mahoney, a member of the
Board of Education of the City of St.
Louis; Marybeth McBryan, a member
of the Board of Education of the City
of St. Louis; Thomas M. Nolan, a
member of the Board of Education of
the City of St. Louis; William Purdy, a
member of the Board of Education of
the City of St. Louis; Robbyn G. Wahby,
a member of the Board of Education of
the City of St. Louis; Madye Henson
Whithead, a  member of the Board of
Education of the City of St. Louis;
Dr. Cleveland Hammonds, Jr., Super-
intendent of     Schools for the City of St.
Louis,                            *
                                 *
            Defendants-Appellees,
                                 *
Ronald Leggett, St. Louis Collector of
Revenue,                         *
                      Defendant,
                                 *
State of Missouri; Mel Carnahan,
Governor of the State of Missouri;
Jeremiah (Jay) W. Nixon, Attorney
General; Bob Holden, Treasurer;
Richard  A. Hanson, Commissioner of
Administration; Robert E. Bartman,
Commissioner of Education; Missouri
State Board of Education, and its
members; Thomas R. Davis;   *

2

Sharon M. Williams; Peter F. *
Herschend; Jacqueline D. Wellington; *
Betty E. Preston; Russell V. Thompson; *
Rice Pete Burns; William Kahn, *
                                        *
        Defendant-Appellants, *
                                        *
Special School District of St. Louis *
County, *
                                        *
            Defendant, *
                                        *
Affton Board of Education; Bayless *
Board of Education; Brentwood *
Board of Education; Clayton Board of *
Education; Ferguson-Florissant Board *
of Education; Hancock Place Board of *
Education; Hazelwood Board of *
Education; Jennings Board of Education; *
Kirkwood Board of Education; Ladue *
Board of Education; Lindbergh Board of *
Education; Maplewood-Richmond *
Heights Board of Education; Mehlville *
Board of Education; Normandy Board *
of Education; Parkway Board of *
Education; Pattonville Board of Educa- *
tion; Ritenour Board of Education; *
Riverview Gardens Board of Education; *
Rockwood Board of Education; *
University City Board of Education; *
Valley Park Board of Education; *
Webster Groves Board of Education; *
Wellston Board of Education, *
                                        *
        Defendants-Appellees, *

            *
St. Louis County; Buzz Westfall, County
Executive; James Baker, Director of

3

Administration, St. Louis County,       *
Missouri; Robert H. Peterson, Collector *
of St. Louis County "Contract Account," *
St. Louis County, Missouri; The St.     *
Louis Career Education District;        *
                                        *
                  Defendants,           *
                                        *
St. Louis Teachers' Union, Local 420,   *
AFT, AFL-CIO,                           *
                                        *
          Intervenor Below.             *

Submitted: February 25, 1998

Filed: April 13, 1998

Before MCMILLIAN, HEANEY, and FAGG, Circuit Judges.

PER CURIAM

Pursuant to the motion of the State of Missouri, the above-entitled matter is dismissed.  See Fed. R. App. P. 42(b).

A true copy.

Attest:

U.S. COURT OF APPEALS, FOR THE EIGHTH CIRCUIT.

4